# Stein, Wiener & Roth, LLP

*Attorneys at Law*
*One Old Country Road, Suite 113*
*Carle Place, New York 11514*
*Telephone (516) 742-1212*
*Fax (516) 742-6595*

Howard H. Stein
Edward Wiener
Gerald Roth *
Robert C. Sambursky
Pranali Datta
Karen Migdal
Elizabeth Meyer-Aquino
Jonathan M. Cohen
Micheline N. Guillaume
Richard R. Stein *
Christopher J. Colon
Janet Nina Esagoff
*Also admitted in New Jersey

*of Counsel*
Mitch Alter
James Birch
Craig D. Zim

September 30, 2013

**Via CM/ECF System**
Hon. Robert E. Gerber
United States Bankruptcy Court
1 Bowling Green, New York, NY 10004
ATTN: Clerk's Office

RE: HEMANT BHARGAVA
   Chapter 7
   Case No. 12-12067-REG
   SWR File No. 59512/WELLS

Dear Sir/Madam:

This office represents US Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-8 with regard to the above matter.

On August 27, 2013, the underwriter Nicolas Moreno advised that the following documents are needed to complete the Debtor's loss mitigation request.

1. Financial worksheet up-date.

2. Hardship letter up-date.

3. 3 updated paystubs / Please stated why Company name is not on paystubs.

4. Non-Occupancy Form.

5. Bank Statement June and July both bank Chase and Sovereign and Letter of Explanation for deposit over $500.00 (Except paystubs).

Follow ups for the required information was made on 9/17/13, 9/25/13 and 9/30/13.

To date none of the requested documents have been received.

Your kind cooperation and prompt attention to this matter would be greatly appreciated.

Very truly yours,

/s/ Pranali Datta, Esq.
PRANALI DATTA, ESQ.
**PD/sar**